O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMB REO LLC, | ) Case No. CV 11-04091 DDP (FFMx) |
| Plaintiff, | ) |
| v. | ) **ORDER TO SHOW CAUSE WHY THIS** |
| | ) **ACTION SHOULD NOT BE REMANDED FOR** |
| MOE SAKI, | ) **LACK OF JURISDICTION** |
| Defendant. | ) |
| _____ | ) |

Defendant is ordered to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. Defendant was served with an unlawful detainer complaint on May 18, 2010. On May 12, 2011, Defendant removed to this court, asserting federal question and/or diversity jurisdiction. (Notice of Removal 2:12-15.)

Under 28 U.S.C. § 1441(b), a defendant may remove to federal court "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States . . . ." Alternatively, a federal court may exercise diversity jurisdiction when there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332.

Here, Defendant offers no support for his assertion that the matter presents a federal question. While Defendant avers that this court has diversity jurisdiction, it is not clear to the court that either complete diversity of parties or the amount in controversy requirement is satisfied.

The court notes that the Defendant has the burden of establishing removal jurisdiction. Accordingly, the court orders Defendant to file a brief, not to exceed ten pages, by Monday, August 1, 2011, showing cause why this action should not be remanded for lack of jurisdiction. Defendant should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. The court will regard any failure to file an explanatory brief as consent to remand this matter.

IT IS SO ORDERED.

Dated: July 12, 2011

DEAN D. PREGERSON
United States District Judge