O

JS - 6

cc: order, docket, remand letter
to Los Angeles Superior Court, Van Nuys
No. 10 B 03129

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMB REO LLC, ) | Case No. CV 11-04091 DDP (FFMx) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING PLAINTIFF'S MOTION** |
| v. ) | **TO REMAND** |
| ) | |
| MOE SAKI, ) | |
| ) | [Motion filed on 7/13/11] |
| Defendant. ) | |
| _____ ) | |

Presently before the court is Plaintiff's Motion to Remand. Because Defendant has not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Plaintiff's motion was set for August 22, 2011. Defendant's opposition was therefore due by August 8, 2011. As of

1  the date of this Order, Defendant has not filed an opposition, or
2  any other filing that could be construed as a request for a
3  continuance.  Accordingly, the court deems Defendant's failure to
4  oppose as consent to granting the motion to remand, and GRANTS the
5  motion.

7  IT IS SO ORDERED.

10  Dated: August 22, 2011
                                       _____
11                                      DEAN D. PREGERSON
                                        United States District Judge